# United States District Court
## Northern District of Texas

Karen Mitchell  
Clerk of Court

1100 Commerce, Room 1452  
Dallas, Texas 75242

January 4, 2006

Federal Aviation Administration  
Airman Certification Branch  
P. O. Box 25082  
Oklahoma City, OK 73125

      RE:    Defendant's Name:    William Schwarz  
             Case No.:                3:85-CR-140-F  
             Cert No.:                3857589366

Dear Sir or Madam:

    The above named criminal defendant surrendered his/her passport pursuant to an order issued by a U. S. Magistrate Judge in the Northern District of Texas.

    ( )        The passport has now expired.

    ( X )      Date of conviction: October 4, 1985

    Pursuant to Miscellaneous Order No. 51 of the Northern District of Texas, I am surrendering the enclosed pilot license. Please contact me at (214) 753-2167 if you have any questions or require additional information.

Sincerely,

Lisa Martin  
Deputy Clerk

Enclosure